BARKER, Respondent, v. HIGBIE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by Hiram L. Barker against George H. Higbie. No opinion. Judgment of county court affirmed, with costs.

---

BELL, Appellant, v. CONSOLIDATED GAS, ELECTRIC LIGHT, HEAT & POWER CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Ellen Bell, as administratrix of the estate of John Bell, deceased, against the Consolidated Gas, Electric Light, Heat & Power Company. No opinion. Appeal transferred to the First department. See 69 N. Y. Supp. 921.

---

BERCKMEIER, Respondent, v. BAUER, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1901.) Action by Charlotte Berckmeier against John Bauer. No opinion. Judgment of the municipal court affirmed, with costs.

---

BERNSEE, Respondent, v. WEINBERG, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Action by Christian D. Bernsee against Joseph L. Weinberg. No opinion. Judgment and order affirmed, with costs.

---

BICKFORD, Respondent, v. FILZINGER, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by Hattie P. Bickford against A. B. Filzinger. No opinion. Judgment affirmed, with costs.

---

BISHOF, Respondent, v. LEAHY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by George Bishof against Thomas B. Leahy, impleaded with John Herrel. No opinion. Judgment and order unanimously affirmed, with costs on reargument.

---

BLISS v. SHERRILL et al. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Nancy E. Bliss against Charles L. Sherrill, impleaded, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements. Held, that the special term has no power to direct what papers shall be printed upon appeal to this court. The plaintiff's remedy is an application at special term to have the papers in question annexed to the judgment roll, and it will then become the duty of the appellant to print the same.

---

In re BOARD OF RAPID–TRANSIT COM'RS. (Supreme Court, Appellate Division, First Department. March 8, 1901.) In the matter of the board of rapid-transit commissioners. No opinion. Motion granted, fixing compensation of commissioners.

---

BOLL, Appellant, v. NEW YORK & H. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Action by Martha Boll against the New York & Harlem Railroad Company. L. M. Berkeley, for appellant. I. A. Place, for respondent. No opinion. Judgment affirmed, with costs. See 68 N. Y. Supp. 139.

---

BORMANN, Respondent, v. NEW YORK & N. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Louisa Bormann, as administratrix, etc., of Leonard Bormann, deceased, against the New York & North Shore Railway Company. No opinion. Judgment unanimously affirmed, with costs.

---

BOWNS, Appellant, v. STEWART, Respondent. (Supreme Court, Appellate Term. April 22, 1901.) Action by Henry E. Bowns against Samuel Stewart. From a judgment of the general term of the city court of New York (68 N. Y. Supp. 1134), affirming a judgment in favor of the defendant, plaintiff appeals. Affirmed. James L. Bishop, for appellant. John H. Rogan, for respondent.

PER CURIAM. The record discloses no material variance from that presented to this court on the prior appeal. The attack is directed against the soundness of the opinion then rendered (28 Misc. Rep. 475, 59 N. Y. Supp. 721), which, however, we accept as controlling. Judgment affirmed, with costs to the respondent.

---

BOYAJIAN, Appellant, v. TREUBIG et al., Respondents. (Supreme Court, Appellate Term. April 22, 1901.) Action by Valian Z. M. Boyajian against Joseph Treubig and another. From a judgment in favor of defendants, plaintiff appeals. Affirmed. M. Mayer, for appellant. L. Sanders, for respondents.

PER CURIAM. Judgment affirmed, with costs.

---

In re BRIDGEMAN. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) In the matter of Fred Bridgeman, a lunatic. No opinion. Order of county court affirmed, without costs of this appeal to either party.

---

BROOKS, Respondent, v. HENRY et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by Charles Brooks, as receiver, etc., against Walter S. Henry and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

BROWN, Appellant, v. TAUSSIG, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Johannes Brown against Gustav F. Taussig. No opinion. Order setting aside verdict unanimously affirmed, with costs.